1  Patricia Cymerman (SBN 194709)
2  LAW OFFICE OF PATRICIA CYMERMAN
   433 North Camden Drive, 6th Floor
3  Beverly Hills, CA 90210
4  Telephone:  310-925-7071
   Fax:  310-550-1968
5  e-mail:  prcymerman@gmail.com

6
   Michael S. Winsten (SBN 126554)
7  WINSTEN LAW GROUP
   27201 Puerta Real, Suite 465
8  Mission Viejo, CA 92691
9  Telephone:  949-429-3400
   Fax:  949-429-3500
10 e-mail:  mike@winsten.com

11
12 Attorneys for Defendants Robert D. Manning,
   and Responsible Debt Relief Institute
13 and Defendants, Counterclaimants and Third
14 Party Claimants Newtonian Finances, Ltd. and DebtorWise Foundation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE GROUP, INC., a Nevada corporation,<br>          Plaintiff,<br>     v.<br>ROBERT D. MANNING, an individual; et al.,<br>          Defendants.. | Case No. CV-12-0104 RGK (FFMx)<br>Honorable R.Gary Klausner<br><br>[Proposed] Judgment in Favor of Defendant **Robert D. Manning** |
| NEWTONIAN FINANCES, LTD., a Maryland corporation, et al.<br>          Counterclaimants,<br>          Third Party Claimants<br>     v.<br>COLE GROUP, INC., a Nevada corporation; et al.,<br>          Counter Defendants<br>          Third Party Defendants. | Hearing Date:  January 7, 2013<br>Time:  9:00 a.m.<br>Place: Courtroom 850<br>255 East Temple Street<br>Los Angeles, CA |

- 1 -

[Proposed] Judgment in Favor of Defendant **Robert D. Manning**

1  This action came on for consideration before the Court, on January 7, 2012,
2  Hon. R Gary Klausner, U.S. District Judge Presiding, on a Motion for Summary
3  Judgment by Defendant Robert D. Manning, and the evidence presented having
4  been fully considered, the issues having been duly considered and a decision
5  having been duly rendered,

6  IT IS ORDERED AND ADJUDGED that Plaintiff Cole Group, Inc. take
7  nothing against defendant Robert D. Manning, that the action be dismissed on the
8  merits and that defendant Robert D. Manning recover his costs.

10  DATED: JAN 31 2013           /s/ Gary Klausner
11                                United States District Judge