Patricia Cymerman (SBN 194709)
LAW OFFICE OF PATRICIA CYMERMAN
433 North Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone: 310-925-7071
Fax: 310-550-1968
e-mail: prcymerman@gmail.com

Michael S. Winsten (SBN 126554)
WINSTEN LAW GROUP
27201 Puerta Real, Suite 465
Mission Viejo, CA 92691
Telephone: 949-429-3400
Fax: 949-429-3500
e-mail: mike@winsten.com

Attorneys for Defendants Robert D. Manning, and Responsible Debt Relief Institute and Defendants, Counterclaimants and Third Party Claimants Newtonian Finances, Ltd. and DebtorWise Foundation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE GROUP, INC., a Nevada corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT D. MANNING, an individual; et al.,<br><br>      Defendants.. | Case No. CV-12-0104 RGK (FFMx)<br>Honorable R. Gary Klausner<br><br>[~~Proposed~~] Judgment in Favor of Defendant <u>Responsible Debt Relief Institute</u> |
| NEWTONIAN FINANCES, LTD., a Maryland corporation, et al.<br><br>      Counterclaimants,<br>      Third Party Claimants<br><br>  v.<br><br>COLE GROUP, INC., a Nevada corporation; et al.,<br><br>      Counter Defendants<br>      Third Party Defendants. | Hearing Date: January 7, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>255 East Temple Street<br>Los Angeles, CA |

1  This action came on for consideration before the Court, on January 7, 2012,
2  Hon. R Gary Klausner, U.S. District Judge Presiding, on a Motion for Summary
3  Judgment by defendant Responsible Debt Relief Institute, and the evidence
4  presented having been fully considered, the issues having been duly considered
5  and a decision having been duly rendered,

6  IT IS ORDERED AND ADJUDGED that plaintiff Cole Group, Inc. take
7  nothing against defendant Responsible Debt Relief Institute, that the action be
8  dismissed on the merits and that defendant Responsible Debt Relief Institute
9  recover its costs.

11  DATED: __JAN 3 1 2013__          _[signature]_
12                                    United States District Judge

[Proposed] Judgment in Favor of Defendant <u>Responsible Debt Relief Institute</u>