1  Patricia Cymerman (SBN 194709)
2  LAW OFFICE OF PATRICIA CYMERMAN
   433 North Camden Drive, 6th Floor
3  Beverly Hills, CA 90210
4  Telephone: 310-925-7071
   Fax: 310-550-1968
5  e-mail: prcymerman@gmail.com
6
   Michael S. Winsten (SBN 126554)
7  WINSTEN LAW GROUP
8  27201 Puerta Real, Suite 465
   Mission Viejo, CA 92691
9  Telephone: 949-429-3400
10 Fax: 949-429-3500
   e-mail: mike@winsten.com
11
12 Attorneys for Defendants Robert D. Manning,
   and Responsible Debt Relief Institute
13 and Defendants, Counterclaimants and Third
14 Party Claimants Newtonian Finances, Ltd. and DebtorWise Foundation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE GROUP, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT D. MANNING, an individual; et al.,<br><br>            Defendants.. | Case No. CV-12-0104 RGK (FFMx)<br>Honorable R. Gary Klausner<br><br>[~~Proposed~~] Judgment in Favor of Defendant <u>Newtonian Finances, Ltd.</u><br><br>Hearing Date: January 7, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>255 East Temple Street<br>Los Angeles, CA |
| NEWTONIAN FINANCES, LTD., a Maryland corporation, et al.<br><br>            Counterclaimants,<br>            Third Party Claimants<br>    v.<br><br>COLE GROUP, INC., a Nevada corporation; et al.,<br><br>            Counter Defendants<br>            Third Party Defendants. | |

- 1 -

[Proposed] Judgment in Favor of Defendant <u>Newtonian Finances, Ltd.</u>

1  This action came on for consideration before the Court, on January 7, 2012,
2  Hon. R Gary Klausner, U.S. District Judge Presiding, on a Motion for Summary
3  Judgment by defendant Newtonian Finances, Ltd., and the evidence presented
4  having been fully considered, the issues having been duly considered and a
5  decision having been duly rendered,

6  IT IS ORDERED AND ADJUDGED that plaintiff Cole Group, Inc. take
7  nothing against defendant Newtonian Finances, Ltd., that the action be dismissed
8  on the merits and that defendant Newtonian Finances, Ltd. recover its costs.

10 DATED: JAN 3 1 2013

   _____
   United States District Judge

[Proposed] Judgment in Favor of Defendant Newtonian Finances, Ltd.