Patricia Cymerman (SBN 194709)
LAW OFFICE OF PATRICIA CYMERMAN
433 North Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone: 310-925-7071
Fax: 310-550-1968
e-mail: prcymerman@gmail.com

Michael S. Winsten (SBN 126554)
WINSTEN LAW GROUP
27201 Puerta Real, Suite 465
Mission Viejo, CA 92691
Telephone: 949-429-3400
Fax: 949-429-3500
e-mail: mike@winsten.com

Attorneys for Defendants Robert D. Manning, and Responsible Debt Relief Institute and Defendants, Counterclaimants and Third Party Claimants Newtonian Finances, Ltd. and DebtorWise Foundation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT D. MANNING, an individual; et al.,<br><br>Defendants..<br><br>NEWTONIAN FINANCES, LTD., a Maryland corporation, et al.<br><br>Counterclaimants,<br>Third Party Claimants<br><br>v.<br><br>COLE GROUP, INC., a Nevada corporation; et al.,<br><br>Counter Defendants<br>Third Party Defendants. | Case No. CV-12-0104 RGK (FFMx)<br>Honorable R.Gary Klausner<br><br>[~~Proposed~~] Judgment in Favor of Defendant <u>DebtorWise Foundation</u><br><br>Hearing Date: January 7, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>255 East Temple Street<br>Los Angeles, CA |

1  This action came on for consideration before the Court, on January 7, 2012,
2  Hon. R Gary Klausner, U.S. District Judge Presiding, on a Motion for Summary
3  Judgment by defendant Debtor Wise Foundation, and the evidence presented
4  having been fully considered, the issues having been duly considered and a
5  decision having been duly rendered,

6  IT IS ORDERED AND ADJUDGED that plaintiff Cole Group, Inc. take
7  nothing against defendant Debtor Wise Foundation, that the action be dismissed on
8  the merits and that defendant Debtor Wise Foundation recover its costs.

10  DATED: JAN 3 1 2013

United States District Judge

[Proposed] Judgment in Favor of Defendant DebtorWise Foundation