1  JOHN B. STEPHENS, BAR NO. 142718
   STEPHENS FRIEDLAND LLP
2  4695 MACARTHUR COURT, SUITE 1550
   NEWPORT BEACH, CA 92660
3  PH: (949) 468-3200
   FAX: (949) 468-3201
4  EMAIL: JOHN@SF-LAWYERS.COM

5  ATTORNEYS FOR THIRD-PARTY DEFENDANT
   ACCESS COUNSELING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| COLE GROUP, INC., a Nevada corporation<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT D MANNING, an individual; NEWTONIAN FINANCES, LTD, a Maryland corporation; DEBTORWISE FOUNDATION, INC., a Delaware corporation; RESPONSIBLE DEBT RELIEF INSTITUTE, a nonprofit corporation of unknown origin, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-00104-RGK (FFMx)<br><br>Assigned To: Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL AS TO COUNTER CLAIMS AND THIRD-PARTY CLAIMS**<br><br>Complaint Filed: January 5, 2012 |
| NEWTONIAN FINANCES, LTD., et al.,<br><br>　　　　Counterclaimants,<br>　　　　Third Party Claimants<br><br>　vs.<br><br>COLE GROUP, INC., a Nevada corporation; ACCESS COUNSELING, INC., a Delaware corporation; SEVAN ASLANYAN, an individual; and ROES 1-10, inclusive,<br><br>　　　　Counter-Defendants,<br>　　　　Third Party Defendants | |

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

[PROPOSED] JUDGMENT OF DISMISSAL AS TO COUNTER CLAIMS AND THIRD-PARTY CLAIMS

1  On January 28, 2013, the parties hereto stipulated that the Counterclaim and
2  Third Party Claim of Newtonian Finances, Ltd. ("Newtonian"); Responsible Debt
3  Relief Institute ("RDRI") and DebtorWise Foundation, Inc. ("DebtorWise") be
4  dismissed without prejudice against Access Counseling, Inc. ("Access"), Cole Group
5  Inc. ("CGI") and Sevan Aslanyan ("Aslanyan").

6  IT IS ORDERED AND ADJUDGED AS FOLLOWS:

7  1.  That judgment for dismissal shall be entered on the Counterclaims and
8  Third-Party Claims in favor of Access, CGI, and Aslanyan and that Access, CGI and
9  Aslanyan shall be prevailing parties with respect to the Counterclaim/Third-Party
10 Claim.

DATED: February 25, 2013

_____
Honorable U.S. District Court Judge

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

CERTIFICATE OF SERVICE